IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARJAM SUPPLY CO. OF FLORIDA, LLC, | : | |
| ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-MC-102 |
| PLITEQ, INC., ET AL. | : | |

**O R D E R**

**AND NOW**, this 4<u>th</u> day of <u>August</u>, 2017, upon consideration of Paul Downey's Motion to Compel Ecore International, Inc.'s Compliance With Subpoena to Produce Documents (ECF No. 2), and non-party Arthur Dodge, III's Motion to Quash the Subpoena Compelling His Deposition (ECF No. 12), it is **ORDERED** as follows:

1. Downey's Motion to Compel is transferred to the United States District Court for the Southern District of Florida.

2. Arthur Dodge III's Motion to Quash is **DENIED.**

**IT IS SO ORDERED.**

**BY THE COURT:**

**/s/ R. Barclay Surrick**
**U.S. District Judge**